UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VIRGINIA L. CASTON

VERSUS

JOHN E. POTTER, POSTMASTER GENERAL

CIVIL ACTION

NO. 06-557-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 23, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the report and recommendation dated July 5, 2007 and the ruling adopting the report and recommendation date August 15, 2007 is amended and clarified to reflect that the discrimination and hostile work environment claims of plaintiff, Virginia L. Caston, which should not be dismissed are those relating to the single worker's compensation claim filed by Caston on October 4, 2005.

Baton Rouge, Louisiana, September 18, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA